**91–1391.** State v. Harrell. *Cuyahoga County*, No. 60888. On motion for leave to file appellant's brief instanter. Motion granted.

Wright, J., dissents.

Sweeney, J., not participating.

**91–1611.** Wyatt v. Wyatt. *Franklin County*, No. 90AP–1373. On motions for leave to file *amicus* of Ohio CSEA Director's Association and to supplement the record. Motions granted.

Sweeney, J., not participating.

**91–1720.** Pariano v. Kerr. *Cuyahoga County*, No. 61973. *Sua sponte*, the parties are ordered to show cause why the papers sealed by Judge Terrence O'Donnell should not be made public and why the Supreme Court's file should be sealed.

**91–2404.** Lewis v. Motorists Ins. Co. *Cuyahoga County*, No. 58893. On motion to consolidate with 91–2326, *Lewis v. Motorists Mut. Ins. Co.*, Cuyahoga County, No. 58893, and on motion for leave to file memorandum in support instanter. Motions granted.

Sweeney, J., not participating.

**91–2415.** State v. Shelton. *Richland County*, No. CA–2841. On motion for leave to file memorandum in support instanter. Motion denied.

Holmes and Douglas, JJ., dissent.

Sweeney, J., not participating.

**91–2430.** Young v. Young. *Montgomery County*, No. 12623. On motion for leave to amend memorandum in support. Motion granted.

Sweeney, J., not participating.

**92–7.** State v. Emig. *Ashland County*, No. CA–982. On motion for leave to exceed page limit. Motion granted.

Moyer, C.J., and Holmes, J., dissent.

Sweeney, J., not participating.

**92–44.** In re McCrary. *Madison County*, No. CA90–09–021. On motion for leave to file memorandum in support instanter. Motion granted.

Moyer, C.J., and Wright, J., dissent.

Sweeney, J., not participating.

**92–84.** State v. Gough. *Licking County*, No. CA–3493. On motion for leave to file delayed appeal. Motion denied.

Holmes, J., dissents.

Sweeney, J., not participating.

**92–94.** State v. Donaldson. *Wood County*, No. 91–WD–018. On motion to remand. Motion denied.

Sweeney and Resnick, JJ., not participating.

**92–182.** State v. Rizzo. *Licking County*, No. CA–3664. On motion for stay. Motion denied.

Douglas and Wright, JJ., dissent.

Sweeney, J., not participating.